```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020
```

# Law Firm of Steven M. Warshawsky

www.warshawskylawfirm.com

575 Lexington Avenue, 4th Floor  
New York, New York 10022

Tel: (212) 601-1980  
Email: smw@warshawskylawfirm.com

August 18, 2020

**VIA ELECTRONIC CASE FILING**

Hon. Mary Kay Vyskocil  
United States Courthouse  
Southern District of New York  
500 Pearl Street, Rm. 2230  
New York, NY  10007  
(212) 805-0200

      Re:   Nadine Figaro v. New York City Department of Education  
             Case No. 19-CV-4156 (MKV) (SDNY)

Dear Judge Vyskocil:

    I represent the plaintiff, Nadine Figaro, in the above-referenced Title VII case.  I am writing on behalf of both parties to request an adjournment of the status conference currently scheduled for August 20, 2020, until a date in early December after the close of discovery (except for December 1-4 and 14).  The parties inadvertently overlooked making this request in connection with our recent letter motion for an extension of discovery, which was granted on July 10, 2020 (ECF 27).

    We thank the Court for your time and consideration.

Respectfully submitted,

*Steven M. Warshawsky*

Steven M. Warshawsky (SW 5431)

cc:  Christopher Coyne, Esq. (via ECF)

---

The parties shall appear for a Post-Discovery Conference on Thursday, December 17, 2020 at 10:30 AM. Pre-motion submissions for any post-discovery dispositive motions are due by December 10, 2020.

Date: August 19, 2020  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge